1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT FOR THE

9

EASTERN DISTRICT OF CALIFORNIA

10

11   NICOLAS MORAN,                                    1:08-cv-00016-AWI-SMS (PC)

12            Plaintiff,                               ORDER GRANTING FIRST MOTION
                                                       TO EXTEND TIME TO FILE SECOND
13       vs.                                           AMENDED COMPLAINT

14   JOHN DOVEY, et al.,                               (DOCUMENT #18)

15            Defendants.                              THIRTY-DAY DEADLINE

16   _____/

17            On October 20, 2008, plaintiff filed a motion to extend time to file a second amended

18   complaint.  Good cause having been presented to the court and GOOD CAUSE APPEARING

19   THEREFOR, IT IS HEREBY ORDERED that:

20            Plaintiff is granted **thirty (30) days** from the date of service of this order within which

21   to file a second amended complaint.

22

23   IT IS SO ORDERED.

24   **Dated:    October 28, 2008**            _____ **/s/ Sandra M. Snyder** _____
                                               UNITED STATES MAGISTRATE JUDGE
25

26

27

28