# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS MORAN, | CASE NO. 1:08-cv-00016-AWI-SMS PC |
| Plaintiff, | ORDER AUTHORIZING SERVICE OF SECOND AMENDED COMPLAINT, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| JOHN DOVEY, et al., | |
| Defendants. | (Doc. 20) |

Plaintiff Nicolas Moran is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on January 3, 2008. On May 15, 2009, pursuant to 28 U.S.C. § 1915A, the Court issued an order that this action shall proceed as one for damages on Plaintiff's second amended complaint, filed November 18, 2008, against (1) Defendants Do, Moreno, Perez, Garza, and Hill for use of excessive force in violation of the Eighth Amendment, arising from two incidents on November 22, 2006; and (2) Defendants Harden, Chesley, and Aguilar for endangering Plaintiff's safety in violation of the Eighth Amendment, arising out housing Plaintiff and inmate Kor together on August 31, 2007.[1] Fed. R.

///

---

[1] On May 15, 2009, Plaintiff's Eighth Amendment section 1983 claims other than those arising from the two incidents on November 22, 2006, were dismissed, with prejudice, for failure to state a claim; Plaintiff's claims based on the theft of his property and the inmate appeals process were dismissed, with prejudice, for failure to state a claim; Plaintiff's section 1985 claims were dismissed, with prejudice, for failure to state a claim; Plaintiff's state law tort claims for intentional infliction of emotional distress were dismissed, without prejudice, for failure to state a claim; and Defendants Chrones, Morales, Orosco, Yates, Maese, Hernandez, Polambo, Jackson, and Cessar were dismissed from this action based on Plaintiff's failure to state any claims against them.

1

Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    C/O DO OR DOE[2]

    C/O MORENO

    C/O J. PEREZ

    G. GARZA

    SGT. D. HILL

    C/O J. HARDEN

    C/O CHESLEY

    C/O M. AGUILAR

2. The Clerk of the Court shall send Plaintiff eight (8) USM-285 forms, eight (8) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed November 18, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Nine (9) copies of the endorsed amended complaint filed November 18, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

---

[2] As previously noted by the Court in the Findings and Recommendations filed on February 5, 2009, it is unclear if this defendant is a John Doe or if his last name is Do. Plaintiff is required to clarify that information because the Marshal cannot initiate service of process on a doe defendant.

1       5. <u>The failure to comply with this order will result in a recommendation that this action
2            be dismissed</u>.

IT IS SO ORDERED.

**Dated:**   **May 21, 2009**                     **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE