# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS MORAN, | CASE NO. 1:08-cv-00016-AWI-SMS PC |
| Plaintiff, | ORDER STRIKING UNSIGNED MOTION |
| v. | (Doc. 34) |
| JOHN DOVEY, et al., | |
| Defendants. | |

On September 10, 2009, Plaintiff Nicolas Moran filed a motion seeking an order directing Defendants' to respond to his second amended complaint. The motion was not signed, and is therefore ORDERED STRICKEN from the record. Local Rule 7-131; Fed. R. Civ. P. 11(a).

IT IS SO ORDERED.

**Dated:   September 15, 2009**            /s/ Sandra M. Snyder
                                                     UNITED STATES MAGISTRATE JUDGE

1