1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  NICOLAS MORAN,                          CASE NO. 1:08-cv-00016-AWI-SMS PC

10                    Plaintiff,            ORDER DENYING MOTION TO SUBMIT
                                           EXHIBITS
11        v.
                                           (Doc. 35)
12  JOHN DOVEY, et al.,

13                    Defendants.
                                        /
14

15        Plaintiff Nicolas Moran is a state prisoner proceeding pro se and in forma pauperis in this

16  civil rights action pursuant to 42 U.S.C. § 1983.  On September 10, 2009, Plaintiff filed a motion

17  seeking leave to submit exhibits in support of his request for injunctive relief.

18        Pursuant to the Court's order of May 15, 2009, this action is proceeding for money damages

19  only.  (Docs. 21, 29.)  Accordingly, Plaintiff 's motion to submit exhibits is HEREBY DENIED.

20

21   IT IS SO ORDERED.

22  **Dated:    September 15, 2009            /s/ Sandra M. Snyder**
                                           UNITED STATES MAGISTRATE JUDGE
23

24
25
26
27
28

1