# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MORAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOVEY, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:08-cv-00016-SMS  PC<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT HILL<br><br>(Docs. 62 and 68)<br><br>Unenumerated Rule 12(b) Motion<br>Deadline　　　　　　　　- 06/28/2010<br>Deadline to Amend Pleadings　- 10/28/2010<br>Discovery Cut-Off Date　　　- 12/28/2010<br>Dispositive Motion Deadline　- 03/07/2011 |

　　　　Defendant D. Hill filed an answer to Plaintiff's amended complaint on May 20, 2010. Accordingly, application of the discovery and scheduling order filed on April 28, 2010, is extended to Defendant D. Hill.

IT IS SO ORDERED.

**Dated:　May 25, 2010**　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1