# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS MORAN, | CASE NO. 1:08-cv-00016-SMS PC |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S REPLIES TO ANSWERS, AND DENYING PLAINTIFF'S REQUEST FOR CLARIFICATION |
| v. | |
| JOHN DOVEY, et al., | (Docs. 74-76) |
| Defendants. | |

Plaintiff Nicolas Moran, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 3, 2008. On June 7, 2010, Plaintiff filed a reply to Defendant Garza's answer and on June 11, 2010, Plaintiff filed a reply to Defendant Hill's answer.

Neither the Federal Rules of Civil Procedure nor the Local Rules provides a right to reply to an answer, and the Court did not order one. Fed. R. Civ. P. 7(a)(7). Therefore, Plaintiff's replies to Defendants' answers are HEREBY STRICKEN from the record. In light of this order, Plaintiff's request for clarification of the Court's order denying his motion for an extension of time to file a reply, filed on June 10, 2010, is DENIED.

IT IS SO ORDERED.

Dated:   August 3, 2010            /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE

1