# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS MORAN, | CASE NO. 1:08-cv-00016-SMS PC |
| Plaintiff, | ORDER EXTENDING APPLICATION OF AMENDED DISCOVERY AND SCHEDULING ORDER TO DEFENDANT PEREZ |
| v. | |
| JOHN DOVEY, et al., | (Docs. 84 and 85) |
| Defendants. | |

Application of the amended discovery and scheduling order filed on August 18, 2010, is HEREBY EXTENDED to Defendant Perez, who filed an answer on September 2, 2010.

IT IS SO ORDERED.

**Dated:    September 3, 2010**          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE