# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS MORAN, | CASE NO. 1:08-cv-00016-GBC |
| Plaintiff, | ORDER EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINES |
| v. | |
| JOHN DOVEY, et al., | Discovery Cut-Off Date - 05/27/2011 |
| | Dispositive Motion Deadline - 08/12/2011 |
| Defendants. | |

_____/

On December 22, 2010, the Court granted Plaintiff's request for a ninety day extension of time to complete discovery. On March 4, 2010, Plaintiff motioned for an additional thirty day extension of time to complete discovery. Since there are pending discovery motions that need to be resolved, the Court grants Plaintiff's request to extend time for discovery and will also extend the deadline to file dispositive motions.

The scheduling order is now amended as follows:

1. The parties are advised that the deadline for the completion of all discovery, including filing motions to compel, shall be 05/27/2011;

2. The deadline for filing pre-trial dispositive motions shall be 08/12/2011;[1]

3. **A request for an extension of a deadline set in this order must be filed on or before**

---

[1] The pre-trial dispositive motion deadline does not apply to the filing of unenumerated Rule 12(b) motions to dismiss for failure to exhaust. Unenumerated Rule 12(b) motions for failure to exhaust must be filed on or before the deadline separately set forth in the previous scheduling order.

1

**the expiration of the deadline in question**; and

    4.  **Extensions of time will only be granted on a showing of good cause.**

IT IS SO ORDERED.

Dated:   March 21, 2011

                           UNITED STATES MAGISTRATE JUDGE