1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  NICOLAS MORAN,                                  CASE NO. 1:08-cv-00016-GBC (PC)

10                          Plaintiff,             ORDER GRANTING REQUEST FOR
                                                   SUBPOENA DUCES TECUM

11        v.
                                                   (Docs. 96, 97)
12  JOHN DOVEY, et al.,
                                                   ORDER DIRECTING CLERK'S OFFICE TO
13                          Defendants.            SEND PLAINTIFF SUBPOENA DUCES
                                                   TECUM FOR COMPLETION AND RETURN
14  _____/             TO THE COURT WITHIN THIRTY DAYS

15

16         Plaintiff Nicolas Moran ("Plaintiff") is a state prisoner proceeding pro se and in forma

17  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on

18  Plaintiff's second amended complaint, filed on November 18 2008.  (Docs. 20, 29, 30).  On

19  December 22, 2010, Plaintiff filed a motion to subpoena the California Department of Corrections

20  and Rehabilitation to produce documents filed in Plaintiff's central file (c-file) from November 21,

21  2006, to December 24, 2006. (Doc. 94). Defendants have not filed an objection to this motion.  On

22  January 20, 2011, Plaintiff filed a motion to subpoena the California Department of Corrections and

23  Rehabilitation to produce documents filed in Plaintiff's medical, psychiatric and c-files from

24  November 21, 2006, to December 24, 2006. (Doc. 96). Defendants have not filed an objection to

25  this motion.  On February 4, 2011, Plaintiff filed a proposed subpoena to the Litigation Coordinator

26  at Pleasant Valley State Prison to provide medical, psychiatric and c-file records filed between

27  November 21, 2006, to December 24, 2006. (Doc. 97).  Defendants have not filed a response to

28  Plaintiff's proposed subpoena. On March 4, 2011, Plaintiff filed a motion to compel the Litigation

Coordinator to produce documents which were requested in the February 4, 2011, proposed subpoena, namely, Plaintiff's medical, psychiatric and c-files from November 21, 2006, to December 24, 2006.

Since Plaintiff's motion for subpoena duces tecum filed on January 20, 2011, is more expansive than the one filed on December 22, 2010, in that it includes requests for medical and psychiatric files in addition to the c-file, the Court STRIKES the motion for subpoena filed on December 22, 2010, as duplicative.  (Doc. 94).  Additionally, the Court reads Plaintiff's proposed subpoena filed on February 4, 2011, together with Plaintiff's January 20, 2011, motion for subpoena, since the subpoena filed on February 4, 2011, provides greater detail as to whom to direct the subpoena.

Since the excessive force allegations that give rise to this action occurred on November 22, 2006, Plaintiff's request is sufficiently tailored to the records created between November 21, 2006 and December 24, 2006, and Plaintiff's request is appropriately directed to the Litigation Coordinator at Pleasant Valley State Prison.  (Docs. 96 and 97).  Therefore, Plaintiff's motion for subpoena duces tecum filed on January 20, 2011, (read together with proposed subpoena filed February 4, 2011) requiring the Litigation Coordinator at Pleasant Valley State Prison to produce records from Plaintiff's prison c-file, psychiatric and medical files from November 21, 2006, to December 24, 2006 is GRANTED.  Therefore, Plaintiff's subsequent motion to compel, filed on March 4, 2011, is DENIED as moot.  (Doc. 98).

As set forth herein, it is HEREBY ORDERED that:

1.    Plaintiff's motion for subpoena duces tecum, filed January 20, 2011, (Doc. 96) is GRANTED;

2.    Plaintiff's motion for subpoena duces tecum, filed December 22, 2011, (Doc. 94) is STRICKEN as duplicative;

3.    Plaintiff's third motion to compel, filed March 4, 2011, (Doc. 98) is DENIED as moot;

4.    The Clerks Office shall send plaintiff a subpoena duces tecum;

5.      Within **thirty (30) days** from the date of service of this order, Plaintiff shall fill out the subpoena and return it for the Court to review.

IT IS SO ORDERED.

Dated:    March 22, 2011

UNITED STATES MAGISTRATE JUDGE