# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS MORAN,<br><br>        Plaintiff,<br><br>   v.<br><br>JOHN DOVEY, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:08-cv-00016-GBC (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PERSONALLY APPEAR AT TRIAL<br><br>(Doc. 116) |

Plaintiff Nicolas Moran ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's second amended complaint, filed on November 18 2008. (Docs. 20, 29, 30). On March 29, 2012, Plaintiff filed a motion requesting to be allowed to appear at the "Court's conference dated for June 6, 2012" in person or in writing because of Plaintiff's comprehension and hearing problem. (Doc. 116.) The trial of this matter is currently set to commence on June 6, 2012. (Doc. 111.) It is the custom of this Court in all actions filed by prisoners, to issue an order necessary to cause Plaintiff's custodian to bring him to court so that Plaintiff will be personally present during the trial of this matter and this case is no exception.

Based on the foregoing, it is HEREBY ORDERED that Plaintiff's motion requesting to personally appear at the trial of this matter is GRANTED. (Doc. 116.)

IT IS SO ORDERED.

Dated:    April 10, 2012

UNITED STATES MAGISTRATE JUDGE

1