

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS MORAN, | CASE NO. 1:08-cv-00016-GBC (PC) |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON JUNE 7, 2011, AT 8:00 A.M. |
| v. | |
| JOHN DOVEY, et al., | |
| Defendants. | |

Plaintiff Nicolas Moran shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Thursday, June 7, 2012, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: 6/6/12

GERALD B. COHN
UNITED STATES MAGISTRATE JUDGE

1