# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS MORAN, | CASE NO. 1:08-cv-00016-GBC (PC) |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF NICOLAS MORAN IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| JOHN DOVEY, et al., | |
| Defendants. | |

Jury trial in this matter commenced on June 6, 2012 and judgment was entered for Defendants and against Plaintiff on June 7, 2012.

Accordingly, Plaintiff Nicolas Moran, #E-12779, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

6-7-2012

Gerald B. Cohn,
U.S. Magistrate Judge

1