```
                                          FILED
                                     JUDGMENT ENTERED

                                            6/8/2012
                                              Date
                                       Michelle Means Rooney
                                           Deputy Clerk
                                       U.S. District Court
                                    Eastern District of California
                                        XX FILE CLOSED
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NICOLAS MORAN,

    Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:08-CV-00016 GBC-PC

D. HILL, ET AL.,

    Defendants.
_____/


    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in accordance with the jury verdict rendered on 6/7/2012 in favor of defendant, D. Hill, T. Perez, and R. Moreno, and against plaintiff, Nicolas Moran.

DATED:  6/8/2012                              VICTORIA C. MINOR, Clerk


                                            By:  /s/ MICHELLE MEANS ROONEY
                                                   Deputy Clerk

jgm.civ
2/1/95