**FILED**

**JUDGMENT ENTERED**

<u>    6/8/2012    </u>
**Date**
<u>  Michelle Means Rooney  </u>
**Deputy Clerk**

**U.S. District Court**
**Eastern District of California**

<u>**XX**</u> **FILE CLOSED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NICOLAS MORAN,

    Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:08-CV-00016 GBC-PC

D. HILL, ET AL.,

    Defendants.
_____/


    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in accordance with the jury verdict rendered on 6/7/2012 in favor of defendant, D. Hill, T. Perez, and R. Moreno, and against plaintiff, Nicolas Moran.

DATED: 6/8/2012                                    VICTORIA C. MINOR, Clerk


                                      By: <u>/s/ MICHELLE MEANS ROONEY</u>
                                                  Deputy Clerk

jgm.civ
2/1/95